IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

DERRICK COLTON                                                      PLAINTIFF
ADC #117731

v.                           No. 4:21-cv-890-DPM

JOHN STALEY, Sheriff,
Lonoke County, and KRISTI
FLUD, Jail Administrator,
Lonoke County                                                       DEFENDANTS

## ORDER

1. The Court withdraws the reference.

2. Colton hasn't paid the $402 filing and administrative fees or filed an application to proceed *in forma pauperis;* and the time to do so has passed. *Doc. 2.* His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

22 November 2021